Kathryn Tassinari
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANTHONY WAYNE HALL, ) | |
| ) | Case No. 6:11-cv-06359-RE |
| Plaintiff, ) | |
| ) | ORDER APPROVING PLAINTIFF'S |
| vs. ) | MOTION FOR ATTORNEY FEES |
| ) | PURSUANT TO 42 U.S.C. §406(b) |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $15,617.00 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

If the EAJA fee awarded by the Court to Plaintiff is not garnished to pay Plaintiff's federal debts, and is paid to Plaintiff's counsel, then Plaintiff's counsel is hereby ordered to refund the

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b) - 1

full EAJA fee to the Plaintiff.

IT IS SO ORDERED this _16th_ day of _Dec._, 2013.

_____
U. S. District Court Judge

PRESENTED BY:
s/ Kathryn Tassinari
Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2